## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

| | | | |
|---|---|---|---|
| ALMATY<br>ASHGABAT<br>ASTANA<br>BEIJING<br>BUENOS AIRES<br>DUBAI<br>FRANKFURT<br>GENEVA<br>HOUSTON | ISTANBUL<br>LONDON<br>MEXICO CITY<br>MILAN<br>MUSCAT<br>PARIS<br>ROME<br>WASHINGTON, D.C. | ATTORNEYS AND COUNSELLORS AT LAW<br><br>101 PARK AVENUE<br>NEW YORK, NEW YORK 10178-0061 | TELEPHONE +1 212 696 6000<br>FACSIMILE +1 212 697 1559<br>WWW.CURTIS.COM<br><br>TURNER P. SMITH<br>TEL: +1 212 696 6121<br>FAX: +1 917 368 8821<br>E-MAIL: TSMITH@CURTIS.COM |

September 22, 2016

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

>  Re:  *In re Application of Corporación México Escolástica, S.A. de C.V. For an Order, Pursuant to 28 U.S.C. § 1782 to Conduct Discovery For Use in Foreign Proceedings*, No. 16-cv-07297 (PAE)

Dear Judge Engelmayer:

We represent petitioner Corporación México Escolástica, S.A. de C.V. in the above-referenced case. At the suggestion of your Chambers, we write to request that this Court order that the case be converted from a Civil matter to a Miscellaneous matter, and be assigned to Part I of the Court for further action.

This matter is an application made under the authority of 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding. It was inadvertently filed electronically as a Civil matter, but it does not fall within the purview of the general Civil part of this Court. We apologize for any inconvenience this may present for the Court and await any further directions for how the transfer should be implemented.

Respectfully,

/s/ *Turner P. Smith*

Turner P. Smith