UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In re Application of Corporación México Escolástica, S.A. de C.V. for an Order, Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings,

        Petitioner.

------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/30/2016
```

Case No. 16-MC-339

## [PROPOSED] ORDER

This matter is before the Court upon the Application of Corporación México Escolástica, S.A. de C.V. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. Having considered the application, and good cause appearing, it is:

It is **ORDERED AND ADJUDGED** that the application is GRANTED. Corporación México Escolástica, S.A. de C.V. is authorized, under 28 U.S.C. § 1782(a), to seek discovery from Scholastic Corporation and Scholastic, Inc. pursuant to the Federal Rules of Civil Procedure by issuing and serving the proposed Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (annexed to the Declaration of Turner P. Smith as Exhibit 3 (Dkt. No. 004-3)) on Scholastic Corporation and Scholastic, Inc.

**IT IS SO ORDERED**, this 30 day of September, 2016.

                                              JOHN F. KEENAN
                          UNITED STATES DISTRICT COURT JUDGE
                                      PART I