# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF CORPORACIÓN MÉXICO ESCOLÁSTICA, S.A. DE C.V., <br><br>  Petitioner, <br><br> -against- <br><br> SCHOLASTIC CORPORATION and SCHOLASTIC INC., <br><br> Respondents. | Case No. 16-MC-339 |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/16

## STIPULATION

WHEREAS, on September 30, 2016, the Honorable John F. Keenan of this Court issued an order ("the Order") authorizing petitioner, Corporación México Escolástica ("Escolástica) to seek discovery from respondents Scholastic Corporation and Scholastic, Inc. (together, "Scholastic").

WHEREAS, on October 4, 2016, Escolástica served a subpoena ("the Subpoena") on Scholastic, ordering Scholastic to produce certain documents; and

WHEREAS, Scholastic intends to move to vacate the Order and/or seek to quash or otherwise seek relief with respect to the Subpoena.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

1. Respondents will file any motion or application seeking to vacate the Order and/or quash or otherwise oppose the Subpoena by December 1, 2016.

2. Petitioner will oppose Respondents' motion by a date no earlier than January 9, 2017, subject to the reasonable request of Petitioner and Court approval.

3. Respondents will file any reply by no later than two (2) weeks following service of Petitioner's opposition.

4. The time during which Respondents may object to or oppose the Subpoena is hereby extended pending resolution of the motion described above.

5. This stipulation replaces any previous deadlines agreed upon by the parties.

Dated: New York, New York
November 16, 2016

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: _____ by ETR
Turner P. Smith
Nicole M. Mazanitis
101 Pak Avenue
New York, NY 10178
(212) 696-6000
tsmith@curtis.com
nmazanitis@curtis.com

*Attorneys for Petitioner Corporación México Escolástica, S.A. de C.V.*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
Edward H. Rosenthal
Lily Landsman-Roos
488 Madison Avenue, 10th Floor
New York, NY 10022
(212) 980-0120
erosenthal@fkks.com
llandsmanroos@fkks.com

*Attorneys for Respondents Scholastic Corporation and Scholastic Inc.*

SO ORDERED: 16 November 2016

_____
U.S.D.J. Victor Marrero