UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
IN RE APPLICATION OF CORPORACIÓN : Civil Action No. 16-MC-339
MÉXICO ESCOLÁSTICA, S.A. DE C.V., :
                           Petitioner, :
                                       :
                - against -                          : **NOTICE OF MOTION**
                                       :
SCHOLASTIC CORPORATION and :
SCHOLASTIC INC., :
                        Respondents. :
------------------------------------------- X

     PLEASE TAKE NOTICE THAT, upon the Declarations of Christopher Lick, dated December 1, 2016, and Abraham Díaz, dated December 1, 2016, and the accompanying Memorandum of Law, respondents Scholastic Corporation and Scholastic Inc. hereby move this Court, at a time and date to be determined by the Court, pursuant to Federal Rule of Civil Procedure 45(d), to Vacate the Court's Order dated September 30, 2016 granting Petitioner's application pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding and to Quash the Subpoena served thereunder.

     Per the parties' stipulation (*see* Stipulation dated November 16, 2016, ECF No. 9), petitioner will service its opposition on a reasonable date no earlier than January 9, 2017 and respondents will submit any reply two weeks following service of petitioner's opposition.

Dated: New York, New York
       December 1, 2016

                              FRANKFURT KURNIT KLEIN & SELZ, P.C.

                              By:   /s/    *Edward H. Rosenthal*
                                      Edward H. Rosenthal
                                      Lily Landsman-Roos
                              488 Madison Avenue
                              New York, New York 10022
                              (212) 980-0120
                              *Attorneys for Respondents Scholastic Corporation and Scholastic Inc.*