UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
In re Application of Corporación México Escolástica, S.A.          :
de C.V. for an Order, Pursuant to 28 U.S.C. § 1782 to              :   Case No. 16-MC-339
Conduct Discovery for Use in Foreign Proceedings,                  :
                                                                   :
                                    Petitioner.                    :
                                                                   :
------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 22, 2016
```

### STIPULATION

WHEREAS, on September 30, 2016, the Honorable John F. Keenan of this Court issued an order (the "Order") authorizing petitioner, Corporación México Escolástica ("Escolástica") to seek discovery from respondents Scholastic Corporation and Scholastic, Inc. (together, "Scholastic");

WHEREAS, on October 4, 2016, Escolástica served a subpoena (the "Subpoena") on Scholastic, ordering Scholastic to produce certain documents; and

WHEREAS, on December 1, 2016, Scholastic filed its Motion to Vacate the Court's Order and Quash the Subpoena (the "Motion").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

1. Escolástica shall have until January 27, 2017 to file its opposition to Scholastic's Motion;

2. Scholastic shall have until February 10, 2017 to file its reply, if any, in support of the Motion; and

3. This stipulation replaces any previous deadlines agreed upon by the parties.

Dated: New York, New York
       December 21, 2016

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP

By: _____
    Turner P. Smith
    Nicole M. Mazanitis
101 Park Avenue
New York, NY 10178
(212) 696-6000
tsmith@curtis.com
nmazanitis@curtis.com

*Attorneys for Petitioner Corporación México
Escolástica, S.A. de C.V.*

FRANKFURT KURNIT KLEIN &
SELZ, P.C.

By: _____  by TPSmith
    Edward H. Rosenthal
    Lily Landsman-Roos
488 Madison Avenue, 10th Floor
New York, NY 10022
(212) 980-0120
erosenthal@fkks.com
llandsmanroos@fkks.com

*Attorneys for Respondents Scholastic
Corporation and Scholastic Inc.*

              SO ORDERED.

Dated: December 22, 2016   HON. KATHERINE POLK FAILLA
    New York, New York   UNITED STATES DISTRICT JUDGE
               SITTING IN PART I